IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR264 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| KENDRA HUBEL, | ) ) | |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Modify Conditions of Supervised Release Filing No. [59]

Upon on consideration,

IT IS ORDERED:

1. The defendant's Motion to Modify Conditions of Supervised Release [59] is granted.
2. Upon graduation from the Santa Monica Half-way House Program on June 30, 2008, the defendant is to reside with her mother, Gina Hubel, at 7045 Harrison Hills Drive, #205, Omaha, Nebraska, until her sentencing date of July 18, 2008.
3. Sentencing remains scheduled for July 18, 2008.
4. That the defendant will also abide by all the terms and conditions of her release previously imposed.

DATED this 26th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE